# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

_____

**Appvion, Inc. Retirement Savings and**
**Employee Stock Ownership Plan,**

             **Plaintiff,**

   **v.**                                           **Case No.  18cv1861**

**Buth *et al.***

             **Defendants.**

_____

## DISCLOSURE STATEMENT
_____

The undersigned, counsel of record for the above Plaintiffs, furnishes the following

list in compliance with General Local Rule 7.1:

(a)(1)  The following is a list of every party represented by the undersigned counsel
in this matter:

Appvion Inc. Retirement Savings and Employee Stock Ownership Plan,
by and through Grant Lyon in his capacity as
the ESOP Administrative Committee of Appvion

(a)(2)  No party listed above is a corporation.

(a)(3)  The following is a list of all law firms whose partners or associates appear
for a party or are expected to appear for a party in this Court:

Beus & Gilbert PLLC
The Previant Law Firm, S.C.

Dated this 27th day of November, 2018.

s/Sara J. Geenen
Sara J. Geenen (SBN: 1052748)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
414-223-0402 (Telephone)
414-271-6308 (Fax)
Email: sjg@previant.com

Attorneys for Plaintiffs