# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 1:18-CV-07861-WCG

Plaintiff:
**Appvion In Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion Inc**

vs.

Defendant:
**Douglas P Buth and Gayle Buth, husband and wife, et al.**

For:
Frederick Perillo
Previant Law Firm

Received by Ancillary Legal Corporation on the 27th day of November, 2018 at 4:54 pm to be served on **Reliance Trust Company c/o CT Corporation System, 289 South Culver Street, Lawrenceville, GA 30046**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **29th day of November, 2018** at **11:20 am, I:**

served **Reliance Trust Company c/o CT Corporation System** by delivering a true copy of the **Summons in a Civil Action and Complaint** to: CT Corporation System as **Registered Agent, BY LEAVING THE SAME WITH** Linda Banks as **Process Specialist** at the address of: **289 South Culver Street, Lawrenceville, GA 30046** .

Additional Information pertaining to this Service:
11/29/2018  11:20 am  Perfected corporate service at 289 South Culver Street, Lawrenceville, GA 30046, by serving Linda Banks, process specialist.

White female
Gray hair
60-65 years old
5'4" 140 lbs
No glasses

## AFFIDAVIT OF SERVICE For 1:18-CV-07861-WCG

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 29th day of November, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Christopher Todd Horton
Process Server

Ancillary Legal Corporation
5825 Glenridge Drive
Building 4, Suite 220
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: ANC-2018005040

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h