# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 1:18-CV-07861-WCG

Plaintiff:
**Appvion In Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion Inc**

vs.

Defendant:
**Douglas P Buth and Gayle Buth, husband and wife, et al.**

For:
Frederick Perillo
Previant Law Firm

Received by Ancillary Legal Corporation on the 27th day of November, 2018 at 4:54 pm to be served on **Stephen Martin, 80 Wembley Lane NW, Sandy Springs, GA 30342**.

I, Travis Cline, being duly sworn, depose and say that on the **29th day of November, 2018 at 7:04 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action and Complaint** to: **Stephen Martin** at the address of: **80 Wembley Lane NW, Sandy Springs, GA 30342**.

**Additional Information pertaining to this Service:**
11/29/2018 7:04 am Served on 11/29/18 at 7:04am, at 80 Wembley Lane, Sandy Springs, Ga. 30342. Served to Stephen Martin.
White male/ in his 60's/ about 5'10/ about 200lbs/ short white and gray hair/ was wearing glasses.
Stephen Martin's wife was there as well and her name is Karen Martin.
White female/ in her 60's/ about 5'5/ about 200lbs/ short gray hair.

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the 29th day of November, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Travis Cline
Process Server

Ancillary Legal Corporation
5825 Glenridge Drive
Building 4, Suite 220
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: ANC-2018005038

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h

Case 1:18-cv-01861-WCG   Filed 11/30/18   Page 1 of 1   Document 15