# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 1:18-CV-07861-WCG

Plaintiff:
**Appvion In Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion Inc**

vs.

Defendant:
**Douglas P Buth and Gayle Buth, husband and wife, et al.**

For:
Frederick Perillo
Previant Law Firm

Received by Ancillary Legal Corporation on the 27th day of November, 2018 at 4:54 pm to be served on **Argent Trust Company c/o David H Williams, Registered Agent, Northpark 500, 1100 Abernathy Road, Suite 550, Atlanta, GA 30328**.

I, William Collier, being duly sworn, depose and say that on the **28th day of November, 2018** at **3:18 pm**, I:

served Argent Trust Company c/o David H Williams, Registered Agent by delivering a true copy of the **Summons in a Civil Action and Complaint** to: **David Williams** as **Registered Agent** at the address of: **Northpark 500, 1100 Abernathy Road, Suite 550, Atlanta, GA 30328** on behalf of **Argent Trust Company**

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 28th day of November, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

[Notary seal: AMY TROSSARELLO, CLAYTON COUNTY, GEORGIA, MY COMMISSION EXPIRES FEBRUARY 17, 2019]

**William Collier**
Process Server

**Ancillary Legal Corporation**
5825 Glenridge Drive
Building 4, Suite 220
Atlanta, GA 30328
(404) 459-8006

Our Job Serial Number: ANC-2018005035

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h