| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Professional Process Servers Inc.<br>342 N Water St. Suite 600 Milwaukee, WI 53202<br>TELEPHONE NO.: (414) 232-7008 FAX NO.<br>E-MAIL ADDRESS<br>ATTORNEY FOR (Name): Plaintiff: Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon | |
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 517 EAST WISCONSIN AVENUE RM 362<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: MILWAUKEE, WI 53202<br>BRANCH NAME: FOR THE EASTERN DISTRICT OF WISCONSIN | |
| PLAINTIFF: Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacit<br>DEFENDANT: Douglas P. and Gayle Buth, et al. | CASE NUMBER:<br>18-1861 |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**Summons; Complaint**

PARTY SERVED: **Houlihan Lokey Capital, Inc.**

PERSON SERVED: **CSC - Lawyers Incorporating Service C/O Becky De George - Registered Agent for Service of Process**

DATE & TIME OF DELIVERY: **11/30/2018**
**2:55 PM**

ADDRESS, CITY, AND STATE: **2710 Gateway Oaks Dr Ste 150N**
**Sacramento, CA 958333502**

PHYSICAL DESCRIPTION:
Age: 48  Weight: 170  Hair: Blonde
Sex: Female  Height:  Eyes:
Race: Caucasian

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County: Placer
Registration No.: 03-007
ON-CALL LEGAL
1875 Century Park East, STE H
Los Angeles, CA 90067
(310) 858-9800

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on December 7, 2018.

Signature: _Robert J. Mason_

**PROOF OF SERVICE**