UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPVION, INC. RETIREMENT SAVINGS
AND EMPLOYEE STOCK OWNERSHIP PLAN

    Plaintiff

v.                                                Case No. 18-CV-1861

DOUGLAS P. BUTH, ET AL.

    Defendants.

---

## NOTICE OF APPEARANCE

---

    PLEASE TAKE NOTICE that the undersigned has been retained by and appears on behalf of the following Defendants in the above–entitled action:

    Stout Risius Ross, LLC

    Stout Risius Ross, Inc.

    Scott D. Levine and Debora Levine

    Aziz El-Tahch and Ayelish M. McGarvey

    Robert Socol and Lynn Socol

    It is hereby requested that copies of all pleadings, correspondence, and other materials in this matter be served upon our office at the address noted below.

Dated this 19th day of December, 2018.

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**
Attorneys for Stout Risius Ross, LLC, Stout Risius Ross, Inc., Scott D. Levine and Debora Levine, Aziz El-Tahch and Ayelish M. McGarvey, Robert Socol and Lynn Socol

By: /s/ Ross W. Townsend
Ross W. Townsend, Bar No. 1011622
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200
Telephone: (920) 437-0476
Facsimile: (920) 437-2868
E-mail: rwt@lcojlaw.com

3002012