# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    18-cv-1861 |
| Buth *et al.* | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant State Street Bank and Trust Company        .

Date:    12/28/2018

s/ James O. Fleckner
*Attorney's signature*

James O. Fleckner
*Printed name and bar number*

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
*Address*

jfleckner@goodwinlaw.com
*E-mail address*

(617) 570-1000
*Telephone number*

(617) 523-1231
*FAX number*
