IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, by And through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS P. BUTH, *et al.,* <br><br> Defendants. | Case No. 18 cv 1861 |

**STIPULATION TO SUBSTITUTE COUNSEL FOR**
**DEFENDANT WILLAMETTE MANAGEMENT ASSOCIATES**

The law firms of Clausen Miller, P.C. and Holland and Knight, LLP, by and through the undersigned attorneys and by agreement of Defendant Willamette Management Associates, Inc. ("Willamette"), hereby stipulate and agree to a substitution of counsel of record for Willamette as follows:

1.  Patrick L. Breen and Brian J. Riordan of Clausen Miller P.C. will withdraw as counsel of record for Willamette in this litigation.

2.  Chelsea Ashbrook McCarthy, Richard R. Winter (admission pending), and Maureen Browne Schoaf (admission pending) of Holland & Knight LLP are substituted as counsel of record to represent the interests of Willamette in this litigation pursuant to Willamette's authorization.

Dated: January 9, 2019

_/s/ Patrick L. Breen_____  _/s/ Chelsea A. McCarthy_____
Patrick L. Breen  Chelsea Ashbrook McCarthy
Clausen Miller, P.C.  Richard R. Winter (Admission Pending)
4650 W. Spencer Street  Maureen B. Schoaf (Admission Pending)
Appleton, WI 54914  Holland & Knight LLP
(920) 560-4658  131 S. Dearborn St., 30th Floor
pbreen@clausen.com  Chicago, Illinois 60603
                                                   (312) 263-3600
                                                   chelsea.mccarthy@hklaw.com
                                                   rich.winter@hklaw.com
                                                   maureen.schoaf@hklaw.com

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on **January 9, 2019**, she caused the foregoing **Stipulation of Substitution** to be electronically filed with the Clerk of the United States District Court for the Eastern District of Wisconsin by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

                                                  s/ Chelsea Ashbrook McCarthy