**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, by And through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS P. BUTH, *et al.*, <br><br> Defendants. | Case No. 18 cv 1861 |

**LOCAL RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant Willamette Management Associates, Inc., furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The undersigned counsel represent Defendant Willamette Management Associates, Inc.

2. Defendant Willamette Management Associates, Inc. is a private corporation organized under the laws of the State of Oregon.

   a. No parent corporation or publicly held corporation owns 10% or more of Willamette Management Associates, Inc.'s stock.

3. Holland & Knight LLP will appear to represent Willamette Management Associates, Inc. in this matter.

Respectfully submitted,

WILLAMETTE MANAGEMENT ASSOCIATES, INC.

By: */s/ Chelsea Ashbrook McCarthy*
       One of Its Attorneys

Chelsea Ashbrook McCarthy
Richard R. Winter (*Admission Pending)
Maureen Browne Schoaf (*Admission Pending)
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, Illinois 60603
(312) 263-3600
chelsea.mccarthy@hklaw.com
rich.winter@hklaw.com
maureen.schoaf@hklaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on **January 10, 2019**, she caused the foregoing to **Local Rule 7.1 Disclosure Statement** to be electronically filed with the Clerk of the United States District Court for the Eastern District of Wisconsin by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

s/ Chelsea Ashbrook McCarthy