# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| Appvion, Inc. Retirement Savings and <br> *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants, Reliance Trust Company, David Williams and Jane Doe Williams,                              .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*