UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

**Appvion, Inc. Retirement Savings and
Employee Stock Ownership Plan,**

        **Plaintiff,**

       v.                                                Case No.  18cv1861

**Buth** *et al.*

        **Defendants.**

**JOINT STIPULATION FOR MOTION TO EXTEND THE TIME TO FILE
RESPONSIVE PLEADINGS**

Plaintiff Appvion, Inc., Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc. ("Plaintiff"), by The Previant Law Firm, S.C. by Sara J. Geenen and Defendants Stout Risius Ross, Inc., Stout Risius Ross, LLC, Robert and Lynn Socol, Aziz El-Tahch and Ayelish M. McGarvey, and Scott and Debora Levine (the "SRR Defendants"), by Conway, Olejniczak & Jerry, S.C. by Ross W. Townsend; Defendants Reliance Trust Company, Howard and Wendy Kaplan, Stephen and Jane Doe Martin, and David and Jane Doe Williams (the "Reliance Defendants") by Davis & Kuelthau, S.C. by Sherry Coley; Defendants State Street Bank and Trust Company, N.A., Kelly and David Driscoll, and Sydney and Stephen Marzeotti (the "State Street Defendants") by Goodwin Procter LLP by James O. Fleckner and Gabrielle Gould; Defendants Houlihan Lokey Financial Advisors, Inc. and Houlihan Lokey Capital, Inc. and Louis and Rosemary Paone (the "Houlihan Lokey Defendants") by McDermott Will & Emery

1

LLP by Ted Becker and J. Christian Nemeth; Defendant Argent Trust Company ("Argent") by Keating Muething & Klekamp PLLC by Michael L. Scheier and Brian P. Muething; Defendant Willamette Management Associates Inc. ("Willamette") by Holland & Knight LLP by Richard Winter, Chelsea Ashbrook McCarthy and Maureen Browne Schoaf; and Defendants Kerry Arent, Timothy Arent, Douglas P. Buth, Gayle Buth, Lisa L. Carter, Stephen Carter, Debra L. Fantini, Rick Fantini, Carol J. Ferree, Tom Ferree, Angela Gilligan, Kevin Gilligan, Anne Karch, Paul J. Karch, Mary E. Murphy, Terry Murphy, Ronald Pace, Teresa Pace, Dale Parker, Debrah Parker, Andrew Reardon, Michele Reardon, Jeanne Richards, Mark Richards, Susan Scherbel, Thomas Scherbel, Kathi Seifert, Stephen Seifert, Mark Suwyn, Patricia Suwyn, Angela Tyczkowski, Mark Tyczkowski, Andrea Willetts, and Kent Willets (the "Officer and Director Defendants")[1] by Jenner and Block LLP by Craig C. Martin, David Jiménez-Ekman, and Michael T. Graham hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint in this matter on November 26, 2018. *See* ECF 1.

2. On December 19, 2018 and December 21, 2018, the Parties filed joint stipulations to extend the time to file responsive pleadings until January 28, 2019. *See* ECF 63, 65 & 72. The Court approved the stipulations on December 21, 2018 and December 27, 2018. *See* ECF 71 & 73.

3. Plaintiff filed the First Amended Complaint on January 8, 2019. *See* ECF 77.

4. Pursuant to Fed. R. Civ. P. 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleadings, whichever is later."

---

[1] The SRR Defendants, the Reliance Defendants, the State Street Defendants, the Houlihan Lokey Defendants, Argent, Willamette, and the Officer and Director Defendants are collectively referred to herein as "Defendants." Plaintiff and Defendants are collectively referred to herein as the "Parties."

5. The First Amended Complaint includes an additional sixty-eight (68) pages and one hundred and eighty-four (184) paragraphs. The First Amended Complaint also includes additions to the allegations for the claims for relief and new requests for relief.

6. On or about January 10, 2019, counsel for the SRR Defendants, on behalf of Defendants, contacted counsel for Plaintiff and requested an extension of time until February 28, 2019 to answer, move, or otherwise respond to the First Amended Complaint.

7. On or around January 15, 2019, counsel for Plaintiff contacted counsel for the SRR Defendants and agreed to extend the time for Defendants to answer, move or otherwise respond to the First Amended Complaint until February 28, 2019.

8. Given the additions to the First Amended Complaint, Defendants believe an extension of time is useful and appropriate, and Plaintiff does not oppose this request. In addition, setting one response date upon which responsive pleadings for Defendants collectively will be filed will streamline the litigation schedule.

9. An extension of the time to answer, move, or otherwise respond to the First Amended Complaint is not unreasonable and the proposed response date of February 28, 2019, is within 60 days of when the First Amended Complaint was filed.

For the foregoing reasons, the Parties request that the Court enter an Order as follows:

    a. Extending the time for the SSR Defendants to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

    b. Extending the time for the Reliance Defendants to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

    c. Extending the time for the State Street Defendants to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

d. Extending the time for the Houlihan Lokey Defendants to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

e. Extending the time for Argent to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

f. Extending the time for Willamette to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019;

g. Extending the time for the Officer and Director Defendants to answer, move, or otherwise respond to the First Amended Complaint to February 28, 2019.

Dated this 23rd day of January, 2019.

By: /s/ Ross W. Townsend
Ross W. Townsend (Wis. Bar No. 1011622)
Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200
Telephone: (920) 437-0476
Facsimile: (920) 437-2868
rwt@lcojlaw.com

    -and-

Lars C. Golumbic
Groom Law Group
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-857-0620
Fax: 202-659-4503
LGolumbic@groom.com
*Attorneys for the SRR Defendants*


By: /s/ Ted Becker
Ted Becker
J. Christian Nemeth
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Phone: 312-984-3292
Fax: 312-984-7700
tbecker@mwe.com
jnemeth@mwe.com
*Attorneys for the Houlihan Lokey Defendants*

By: /s/ Richard Winter
Richard Winter
Chelsea Ashbrook McCarthy
Maureen Browne Schoaf
Holland & Knight LLP
131 S. Dearborn St., 30th FL
Chicago, IL 60603
Tel: (312) 263-3600
richard.winter@hklaw.com
chelsea.mccarthy@hklaw.com
maureen.schoaf@hklaw.com
*Attorneys for Willamette*


By: /s/ Sherry D. Coley
Sherry D. Coley (Wis. Bar No. 1038243)
DAVIS & KUELTHAU, S.C.
318 S. Washington Street, Suite 300
Green Bay, WI 54301
Phone: 920-431-2239
Fax: 920-431-2279
scoley@dkattorneys.com

    -and-

Jeff Russell
Barbara A. Smith
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone: 314 259 2367
Fax: 314 552 8367
jsrussell@bclplaw.com
barbara.smith@bclplaw.com
*Attorneys for the Reliance Defendants*

By: _/s/ Craig C. Martin_____

Craig C. Martin
David Jiménez-Ekman
Michael T. Graham
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-2776
cmartin@jenner.com
mgraham@jenner.com
djimenez-ekman@jenner.com
*Attorneys for the Officer and Director Defendants*

By: _/s/ T. Wickham Schmidt_____
T. Wickham Schmidt (Wis. Bar 1062002)
130 E. Walnut St., Ste. 605
Green Bay, WI 54301
Phone: (920) 759-8114
Fax: (920) 759-8105
wick@twslawgb.com

    -and-

By: _/s/ Gabrielle Gould_____
Gabrielle Gould
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone: 212-813-8855
ggould@goodwinlaw.com

    -and-

James O. Fleckner
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1000
jfleckner@goodwinlaw.com
*Attorneys for the State Street Defendants*

By: _/s/ Michael L. Scheier_____

Michael L. Scheier (Admission Pending)
Brian P. Muething (Admission Pending)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
mscheier@kmklaw.com
bmuething@kmklaw.com
*Attorneys for Argent*

By: /s/ Sara J. Geenen
Frederick Perillo
Sara J. Geenen (Wis. Bar 1052748)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Ste 100 MW
Milwaukee, WI 53203
sjg@previant.com

-and-

Leo R. Beus
L. Richard Williams
Abigail Terhune
Ashley Williams Hale
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, AZ 85008-6504
480-429-3001
Fax: 480-429-3100
docket@beusgilbert.com
*Attorneys for Plaintiff*