## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

APPVION, INC. RETIREMENT SAVINGS AND )
EMPLOYEE STOCK OWNERSHIP PLAN, by )
And through Grant Lyon in his capacity as the )
ESOP Administrative Committee of Appvion, Inc., )
                                                    )
                              Plaintiff, )
                                                    )
            v.                            )      Case No. 18 cv 1861
                                                    )
DOUGLAS P. BUTH, *et al.,*               )
                                                    )
                            Defendants. )

## LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Argent Trust Company, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1.      The undersigned counsel represents Defendant Argent Trust Company.

2.      Argent Trust Company is a private Tennessee corporation wholly owned by Argent Financial Group. No public company is an owner of 10% or more of the stock of either Argent Trust Company or Argent Financial Corporation.

3.      Keating Muething & Klekamp, PLL will appear to represent Argent Trust Company in this matter.

Respectfully submitted,

ARGENT TRUST COMPANY

/s/ Brian P. Muething
Michael L. Scheier (Ohio 0055512)*
Brian P. Muething (Ohio 0076315)
Jacob Rhode (Ohio 0089636)*
*Admission applications submitted
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite No. 1400
Cincinnati, Ohio 45202
Email:  mscheier@kmklaw.com
             bmuething@kmklaw.com
             jrhode@kmklaw.com
Tel:  (513) 579-6400
Fax:  (513) 579-6457
*Counsel for Argent Trust Company*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on **February 15, 2019**, he caused the foregoing to **Local Rule 7.1 Disclosure Statement** to be electronically filed with the Clerk of the United States District Court for the Eastern District of Wisconsin by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ Brian P. Muething

9003300.1