# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

_____

**Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan,**

      Plaintiff**,**

      v.                               Case No. 18cv1861

**Buth** *et al.,*

      Defendants**.**

## STIPULATION TO EXTEND THE BRIEFING PERIOD

Plaintiff Appvion, Inc., Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc. ("Plaintiff"), by Beus & Gilbert PLLC by L. Richard Williams and Leo R. Beus, and by The Previant Law Firm, S.C. by Sara J. Geenen and Defendants Stout Risius Ross, Inc., Stout Risius Ross, LLC, Robert and Lynn Socol, Aziz El-Tahch and Ayelish M. McGarvey, and Scott and Debora Levine (the "SRR Defendants"), by Groom Law Group, Chartered by Lars C. Golumbic; Defendants Reliance Trust Company, Howard and Wendy Kaplan, Stephen and Jane Doe Martin, and David and Jane Doe Williams (the "Reliance Defendants") by Bryan Cave Leighton Paisner LLP by Jeffrey Russell; Defendants State Street Bank and Trust Company, N.A., Kelly Driscoll, and Sydney and Stephen Marzeotti (the "State Street Defendants") by Goodwin Procter LLP by James O. Fleckner and Gabrielle Gould; Defendants Houlihan Lokey Financial Advisors, Inc. and Houlihan Lokey Capital, Inc. and Louis and Rosemary Paone (the "Houlihan Lokey Defendants") by McDermott Will & Emery LLP by Ted Becker and J. Christian Nemeth; Defendants Argent Trust Company, Stephen and Jane Doe Martin, and David and Jane Doe

Williams (the "Argent Defendants") by Keating Muething & Klekamp PLLC by Michael L. Scheier and Brian P. Muething; Defendant Willamette Management Associates Inc. ("Willamette") by Holland & Knight LLP by Richard Winter, Chelsea Ashbrook McCarthy and Maureen Browne Schoaf; and Defendants Kerry Arent, Timothy Arent, Douglas P. Buth, Gayle Buth, Lisa L. Carter, Stephen Carter, Debra L. Fantini, Rick Fantini, Carol J. Ferree, Tom Ferree, Angela Gilligan, Kevin Gilligan, Anne Karch, Paul J. Karch, Mary E. Murphy, Terry Murphy, Ronald Pace, Teresa Pace, Dale Parker, Debrah Parker, Andrew Reardon, Michele Reardon, Jeanne Richards, Mark Richards, Susan Scherbel, Thomas Scherbel, Kathi Seifert, Stephen Seifert, Mark Suwyn, Patricia Suwyn, Angela Tyczkowski, Mark Tyczkowski, Andrea Willetts, and Kent Willets (the "Officer and Director Defendants") by Jenner and Block LLP by Craig C. Martin, David Jiménez-Ekman, and Michael T. Graham hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint in this matter on November 26, 2018. *See* ECF 1. The First Amended Complaint ("FAC") was filed on January 8, 2019.

2. In light of the complex nature of this litigation and the number of claims and defendant groups, the parties stipulated to an extension of time to file responsive pleadings to the FAC until February 28, 2019. ECF 84.

3. On February 28, 2019, eight Motions to Dismiss with supporting memoranda were timely filed by Defendants. Willamette (ECF 94, 95), the State Street Defendants (ECF 96, 97), Argent Trust Company (ECF 101, 102), Former Officer and Director Defendants and Uninvolved Spouses (Doc 105, 106), the SRR Defendants (ECF 107, 108), the Houlihan Lokey Defendants (ECF 109, 110-1), Individual Trustee Employee Defendants (ECF 112, 113) and the Reliance Defendants (ECF 114, 115). Each memorandum runs 25 to 30 pages and many were

filed with exhibits appended, and contains many discrete legal arguments to which Plaintiff must respond.

4. Under Civil L.R. 7(b), a party has 21 days to respond to a Motion to Dismiss. In light of the number of motions as well as the number and complexity of issues to be addressed, the parties agree to extend Plaintiff's time to respond to May 9, 2019.

5. Under Civil L.R. 7(c), a moving party has 14 days from the service of the response memorandum to file and serve a reply. For the same reasons noted above, the parties agree to extend Defendants' time to file and serve their respective replies to June 20, 2019.

6. The parties further stipulate that all discovery and other proceedings shall be stayed pending resolution of the motions to dismiss.

In light of the foregoing, the parties respectfully request that the Court enter an Order extending the deadlines to respond and reply to the Motions to Dismiss and staying all discovery and other proceedings as set forth herein.

Dated this 13th day of March, 2019.

By: /s/ Lars C. Golumbic
Ross W. Townsend (Wis. Bar No. 1011622)
Conway, Olejniczak & Jerry, S.C.
231 South Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200
Telephone: (920) 437-0476
Facsimile: (920) 437-2868
rwt@lcojlaw.com
    -and-
Lars C. Golumbic
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-857-0620
Fax: 202-659-4503
LGolumbic@groom.com
*Attorneys for the SRR Defendants*

By: /s/ Ted Becker
Ted Becker
J. Christian Nemeth
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Phone: 312-984-3292
Fax: 312-984-7700
tbecker@mwe.com
jnemeth@mwe.com
*Attorneys for the Houlihan Lokey Defendants*

By: /s/ Richard Winter
Richard Winter
Chelsea Ashbrook McCarthy
Maureen Browne Schoaf
Holland & Knight LLP
131 S. Dearborn St., 30th FL
Chicago, IL 60603
Tel: (312) 263-3600
richard.winter@hklaw.com
chelsea.mccarthy@hklaw.com
maureen.schoaf@hklaw.com

*Attorneys for Willamette*


By: /s/ Jeffrey S. Russell
Sherry D. Coley (Wis. Bar No. 1038243)
DAVIS & KUELTHAU, S.C.
318 S. Washington Street, Suite
300 Green Bay, WI 54301
Phone: 920-431-2239
Fax: 920-431-2279
scoley@dkattorneys.com

-and-

Jeff Russell
Barbara A. Smith
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone: 314 259 2367
Fax: 314 552 8367
jsrussell@bclplaw.com
barbara.smith@bclplaw.com

*Attorneys for the Reliance Defendants*

By: __/s/ Craig C. Martin_____
Craig C. Martin
David Jiménez-Ekman
Michael T. Graham
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: (312) 923-2776
cmartin@jenner.com
mgraham@jenner.com
djimenez-ekman@jenner.com

*Attorneys for the Officer and Director Defendants*

By: __/s/ T. Wickham Schmidt_____
T. Wickham Schmidt (Wis. Bar 1062002)
130 E. Walnut St., Ste. 605
Green Bay, WI 54301
Phone: (920) 759-8114
Fax: (920) 759-8105
wick@twslawgb.com
         -and-

By: __/s/ Gabrielle Gould _____
Gabrielle Gould
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone: 212-813-8855
ggould@goodwinlaw.com
         -and-

James O. Fleckner
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1000
jfleckner@goodwinlaw.com

*Attorneys for the State Street Defendants*

By: __/s/ Michael L. Scheier_____
Michael L. Scheier
Brian P. Muething
Jacob D. Rhode
Keating Muething & Klekamp PLL One East Fourth Street, Suite 1400
Cincinnati, OH 45202
 mscheier@kmklaw.com
 bmuething@kmklaw.com

William P. McKinley SBN # 1072959
MENN LAW FIRM, LTD.
2501 E. Enterprise Ave.
Appleton, Wisconsin 54912
Email: William-Mckinley@mennlaw.com
Tel: (920) 731-6631
 Fax (920) 560 4757

 *Attorneys for Argent*

By: /s/ Sara J. Geenen
Frederick Perillo
Sara J. Geenen (Wis. Bar 1052748)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Ste 100 MW
Milwaukee, WI 53203
sjg@previant.com

-and-

Leo R. Beus
L. Richard Williams
Abigail Terhune
Ashley Williams Hale
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, AZ 85008-6504
480-429-3001
Fax: 480-429-3100
docket@beusgilbert.com
*Attorneys for Plaintiff*