# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, BY AND THROUGH GRANT LYON IN HIS CAPACITY AS THE ESOP ADMINISTRATIVE COMMITTEE OF APPVION, INC., <br><br> Plaintiff, <br> v. <br><br> DOUGLAS P. BUTH, *et al.,* | Civil Action No.: 1:18-cv-01861-WCG |

## Civil L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION
## FOR LEAVE TO EXCEED PAGE LIMIT [UNOPPOSED]

Defendant Argent Trust Company ("Argent"), by and through its undersigned attorneys, pursuant to Civil L.R. 7(h), request leave of the Court to file a reply brief that is five pages in excess of the 15-page limitation imposed under Civil L.R. 7(f) (for a total of 20 pages). In support of the Motion, Argent states as follows:

1. The plaintiff filed a Complaint in this matter on November 26, 2018. *See* ECF 1. The First Amended Complaint ("FAC") was filed on January 8, 2019. *See* ECF 77.

2. On February 28, 2019, Argent filed its motion to dismiss with supporting memoranda. ECF 101, 102.

3. In response to Argent's motion, as well as the motions of the other defendants in this case, the plaintiff filed a Consolidated Memorandum in Support of Opposition to Defendants' Motions to Dismiss (the "Opposition Brief"). ECF 130. That Opposition Brief was 90 pages in length.

4. The claims and arguments advanced with respect to Argent are sufficient in number that Argent requires a memorandum that exceeds the 15-page limit set forth in Civil L.R. 7(f) to respond fully. The additional five pages Argent is requesting will assist the Court in ruling on the Motion to Dismiss and will cause no prejudice to any party.

5. Argent's counsel has notified Plaintiff of this request. Plaintiff does not oppose the motion.

In light of the foregoing, Argent respectfully requests that the Court grant it leave to exceed the 15-page limitation at Civil L.R. 7(f) to file a brief not to exceed 20 pages.

*(remainder of page left intentionally blank)*

Dated: June 19, 2019       By: */s/ William P. McKinley*
        William P. McKinley SBN # 1072959
        MENN LAW FIRM, LTD.
        2501 E. Enterprise Ave.
        Appleton, Wisconsin 54912
        Email: William-Mckinley@mennlaw.com
        Tel: (920) 731-6631
        Fax (920) 560 4757

        -and-

By: */s/ Jacob D. Rhode*
        Michael L. Scheier
        Brian P. Muething
        Jacob D. Rhode
        KEATING MUETHING & KLEKAMP PLL
        One East Fourth Street, Suite No. 1400
        Cincinnati, Ohio 45202
        Email: mscheier@kmklaw.com
               bmuething@kmklaw.com
               jrhode@kmklaw.com
        Tel: (513) 579-6400
        Fax: (513) 579-6457


        *Counsel for Argent Trust Company*

## CERTIFICATE OF SERVICE

      I certify that on June 19, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Jacob D. Rhode*
                                                  Jacob D. Rhode

9261822.1.DOCX