IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS P. BUTH, *et al.*, <br><br> Defendants. | Civil Action No.: 1:18-cv-01861-WCG |

**UNOPPOSED JOINT REQUEST FOR ORAL ARGUMENT ON
<u>DEFENDANTS' MOTIONS TO DISMISS</u>**

Pursuant to Civil L. R. 7(e), Defendants Douglas P. Buth, Gayle Buth, Paul J. Karch, Ann Karch, Mark Richards, Jeanne Richards, Tom Ferree, Carol J. Ferree, Rick Fantini, Debra L. Fantini, Dale E. Parker, Debrah Parker, Angela Tyczkowski, Mark Tyczkowski, Kerry Arent, Timothy Arent, Kent Willetts, Andrea Willetts, Susan Scherbel, Thomas Scherbel, Ronald Pace, Teresa Pace, Stephen Carter, Lisa L. Carter, Kathi Seifert, Andrew Reardon, Michele Reardon, Terry Murphy, Mary E. Murphy, Mark Suwyn, Patricia Suwyn, Kevin Gilligan, Angela Gilligan, Louis A. Paone, Jane Doe Paone, Houlihan Lokey Capital, Inc., Houlihan Lokey Financial Advisors, Inc., State Street Bank and Trust Company, N.A., Kelly Driscoll, Sydney Marzeotti, Stephen Marzeotti, Argent Trust Company, N.A., Reliance Trust Company, Howard Kaplan, Wendy Kaplan, Stephen Martin, Jane Doe Martin, David Williams, Jane Doe Williams, Willamette Management Associates, Inc., Scott D. Levine, Debora Levine, Aziz El-Tahch, Ayelish M. McGarvey, Robert Socol, Lynn Socol, Stout Risius Ross, Inc., and Stout Risus Ross,

1

DM_US 161476275-1.107072.0011
Case 1:18-cv-01861-WCG   Filed 07/26/19   Page 1 of 4   Document 155

LLC (collectively, "Defendants") hereby request oral argument on their respective Motions to Dismiss.

Defendants believe that the Court and the parties would benefit from oral argument on the motions to dismiss due to the fact that plaintiff asserts 19 counts against more than 50 defendants, as well as plaintiff's tendency to group defendants and claims.

On July 24, 2019, defendants' counsel consulted with plaintiff's counsel regarding this request. Plaintiff does not oppose defendants' request for oral argument.


Dated: July 26, 2019                                    Respectfully submitted,


By: /s/ *J. Christian Nemeth*                           By: */s/ Kara Petteway Wheatley*

J. Christian Nemeth                                     Kara Petteway Wheatley
McDermott Will & Emery LLP                              Groom Law Firm
444 West Lake Street                                    1701 Pennsylvania Ave., NW, Suite 1200
Chicago, IL 60606                                       Washington, DC 20006
Phone: 312-984-3292                                     Phone: 202-861-6339
Fax: 312-984-7700                                       Fax: 202-659-4503
jnemeth@mwe.com                                         KWheatley@groom.com
*Attorney for Houlihan Defendants*                      *Attorneys for SRR Defendants*



By: */s/ Jeff Russell*                                  By: */s/ David Jimenez-Ekman*

Jeff Russell                                            David Jimenez-Ekman
Barbara A. Smith                                        Jenner & Block
BRYAN CAVE LEIGHTON PAISNER                             353 N Clark St
One Metropolitan Square                                 Chicago, IL 60654
211 North Broadway, Suite 3600                          Phone: 312-923-2683
St. Louis, MO 63102-2750                                djimenez-ekman@jenner.com
Phone: 314-259-2367                                     *Attorney for Officer and Director*
Fax: 314-552-8367                                       *Defendants*
jsrussell@bclplaw.com
*Attorneys for Reliance Defendants*

By: */s/ William P. McKinley*

William P. MicKinley SBN # 1072959
MENN LAW FIRM, LTD.
2501 E. Enterprise Ave.
Appleton, Wisconsin 54912
Phone: 920-731-6631
Fax: 312-840-7683

     -and-

By: */s/ Michael L. Scheier*

Michael L. Scheier
Brian P. Muething
Jacob D. Rhode
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite No. 1400
Cincinnati, Ohio 45202
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com
Tel: (513) 579-6400
Fax: (513) 579-6457
*Counsel for Argent Trust Company, Steve Martin, Jane Doe Martin, Dave Williams, and Jane Doe Williams*


By: */s/ Chelsea Ashbrook McCarthy*
Chelsea Ashbrook McCarthy
Holland & Knight LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Richard.winter@hklaw.com
Chelsea.mccarthy@hklaw.com
*Attorneys for Willamette Defendants*

By: */s/ James O. Fleckner*

James O. Fleckner
Goodwin Procter
100 Northern Avenue
Boston, MA 02210
Phone: 617-570-1000
Fax: 617-523-1231
jfleckner@goodwinlaw.com

     -and-

By: */s/ T. Wickham Schmidt*

T. Wickham Schmidt
130 E. Walnut St., Ste. 800
Green Bay, WI 54301
Phone: 920-759-8115
Fax: 920-759-8105
wick@twslawgb.com
*Attorneys for State Street Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2019, I caused a copy of the foregoing document to be filed via the Court's ECF system, which constitutes service upon all counsel of record.

/s/ *Theodore Becker*
Theodore Becker
