UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

**Appvion, Inc. Retirement Savings and**
**Employee Stock Ownership Plan,**

         **Plaintiff,**

     **v.**                                                   Case No. 18-cv-1861

**Buth *et al.*,**
         **Defendants.**

_____

**JOINT STIPULATION FOR MOTION TO EXTEND THE TIME TO FILE**
**RESPONSIVE PLEADINGS**

_____

      Plaintiff Appvion, Inc., Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc., by counsel, and Defendant Argent Trust Company ("Argent") by William P. McKinley, Esq.; Defendants Stout Risius Ross, Inc., and Stout Risius Ross, LLC, Robert Socol, Aziz El-Tahch, and Scott Levine ("Stout Defendants"), by Groom Law Group by Lars C. Golumbic and Kara Petteway Wheatley; Defendants Reliance Trust Company ("Reliance") by Bryan Cave Leighton Paisner LLP by Jeff Russell; and Defendant State Street Bank and Trust Company ("State Street") by Goodwin Proctor by Gabrielle Gould; Defendants Houlihan Lokey Financial Advisors, Inc., ("Houlihan Lokey") by their counsel McDermott Will & Emery LLP, by Ted Becker and J. Christian Nemeth; and Defendants Doug Buth, Mark R. Richards, Dale Parker, Susan Scherbel, Ronald Pace, Steven Carter, Kathi Seifert, Reardon, Terry Murphy, Mark Suwyn, Paul Karch, and Kevin Gilligan Thomas Ferree, Rick Fantini, Angela Tyczkowski,

Kerry Arent, and Kent Willetts ("Former Director & Officer Defendants"), by their counsel Willkie Farr & Gallagher LLP by Michael T. Graham, hereby stipulate and agree as follows:

1. On September 25, 2020, the Plaintiff filed their Second Amended Complaint. (Dkt. No. 191)

2. On November 24, 2020, Former Director and Officer Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No 192).

3. On November 24, 2020, Defendant State Street filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No. 194)

4. On November 24, 2020, Defendant Reliance filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No 195).

5. On November 24, 2020, the Defendant Argent filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No 198).

6. On November 24, 2020, the Defendant Houlihan Lokey filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No 200).

7. On November 24, 2020, the Stout Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No 202).

8. The Plaintiff must respond to each of the defendant's Motion to Dismiss within a short period of time.

9. Given the complexity of the response to the same, the Plaintiff faces a significant burden in timely responding to each of the Defendant's Motion to Dismiss.

10. Likewise, the Defendants must file a reply to the anticipated responsive pleadings from the Plaintiff.

11. Given complexities of the reply to the same, the Defendants face a significant burden in timely replying to the Plaintiff's responsive pleadings.

For the foregoing reasons, Plaintiff, Stout Defendants, State Street, Reliance, Argent, Houlihan Lokey, and the Officer and Director Defendants request that the Court enter an Order as follows:

    a.    Extending the time for the Plaintiffs to respond to the pending motions to dismiss the Plaintiff's Second Amended Complaint to February 12, 2021.

    b.    Extending the time for the Stout Defendants to reply to the Plaintiff's Response to April 9, 2021;

    c.    Extending the time for the Reliance to reply to the Plaintiff's Response to April 9, 2021;

    d.    Extending the time for the State Street to reply to the Plaintiff's Response to April 9, 2021;

    e.    Extending the time for Argent to reply to the Plaintiff's Response to April 9, 2021;

    f.    Extending the time for the Houlihan Lokey to reply to the Plaintiff's Response to April 9, 2021; and

    g.    Extending the time for Former Officer & Director Defendants to reply to the Plaintiff's Response to April 9, 2021.

Dated this 14th day of December, 2020.

By: s/Sara J.Geenen
Frederick Perillo
Sara J. Geenen (Wis. Bar 1052748)
The Previant Law Firm, s.c.
310 West Wisconsin Avenue, Ste 100 MW
Milwaukee, WI 53203
sjg@previant.com

-and-

Leo R. Beus
L. Richard Williams
Abigail Terhune
Ashley Williams Hale
BEUS GILBERT PLLC
701 North 44th Street
Phoenix, AZ 85008-6504
480-429-3001
Fax: 480-429-3100
docket@beusgilbert.com

*Attorneys for Plaintiff*


By: s/Ross W. Townsend
Ross W. Townsend
Law Firm of Conway, Olejniczak & Jerrry
231 South Adam Street, P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920-437-0476
Fax: 920-437-2868
rwt@lcojlaw.com

-and-

Lars C. Columbic
Kara Petteway Wheatley
Andrew D. Salek-Raham
Meredith F. Kimelblatt
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW Ste. 1200
Washington D.C. 20006
Phone: 202-861-6615
Fax: 202-659-4503
lgolumbic@groom.com

kwheatley@groom.com
asalek-raham@groom.com
mkimelblatt@groom.com

*Attorneys for the Stout Defendants*

By: s/Jeff Russell
Jeff Russell
Barbara A. Smith
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Phone: 314 259 2367
Fax: 314 552 8367
jsrussell@bclplaw.com
*Attorneys for Reliance Defendants*


By: s/Gabrielle Gould
Gabrielle Gould
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone: 212-813-8855
ggould@goodwinlaw.com

-and-

James O. Fleckner
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1000
jfleckner@goodwinlaw.com

*Attorneys for State Street Defendants*

By: s/William P. McKinley
William P. McKinley
Menn Law Firm, LTD.
2501 E. Enterprise Ave.
Appleton, WI 54912
 Willaim-Mckinley@Mennlaw.com
Phone: 920-731-6631
Fax: 920-560-4757

-and-
Michael L. Scheier
Brian P. Muething
Jacob D. Rhode
Keating, Muething & Klekamp PLL
One East Fourth Street, Ste 1400
Cincinnati, OH 45202
mscheier@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com
Phone: 513-579-6400
Fax: 513-579-6457

*Attorneys for Argent Trust Company*

By: s/Theodore Becker
Theodore Becker
J. Christian Nemeth
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Phone: 312-984-3292
Fax: 312-984-7700
jnemeth@mwe.com
*Attorneys for Houlihan Defendants*

By: s/Craig C. Martin
Craig C. Martin
Amanda S. Amert
Michael T. Graham
Willkie Farr & Gallagher LLP
300 N. LaSalle Street, Ste 5000
Chicago, IL 60654-3456
cmartin@willkie.com
aamert@willkie.com
mgraham@willkie.com
Phone: 312-728-9000

*Attorney for Appvion Former Officer and Director Defendants*