IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, BY AND THROUGH GRANT LYON IN HIS CAPACITY AS THE ESOP ADMINISTRATIVE COMMITTEE OF APPVION, INC., <br><br> Plaintiff, <br> v. <br><br> DOUGLAS P. BUTH, *et al.*, <br><br> Defendants. | Case No.: 1:18-cv-01861-WCG |

**Civ. L.R. 7(h) Unopposed Expedited Motion for Extension of Time to File Reply Brief**

Defendant Argent Trust Company hereby moves, pursuant to Civ. L. R. 7(h), for an extension of time to file its reply brief in connection with its objection to the Magistrate Judge's Report and Recommendation in this matter.

In support thereof, Argent states that on March 17, 2022, the Magistrate Judge issued the Report and Recommendation concerning Argent's motion to dismiss (Doc. 235 – the "R&R"). Argent filed its objection to aspects of the R&R on March 31, 2022 (Doc. 238). Argent understands that Plaintiff's response will be filed today, April 14, 2022. Under Local Rule 72(c), Argent's reply brief is due within 7 days "unless a different deadline is set by the Court." Given the schedules of counsel, including certain religious holidays within those 7 days, Argent requests until May 2, 2022 to file its reply brief. Plaintiff does not object to this request.

Therefore, Argent requests until May 2, 2022, to file its reply brief in support of its objection to the R&R.

Dated: April 14, 2022         By: : */s/ William P. McKinley*
William P. McKinley SBN # 1072959
MENN LAW FIRM, LTD.
2501 E. Enterprise Ave.
Appleton, Wisconsin 54912
Email: William-Mckinley@mennlaw.com
Tel: (920) 731-6631
Fax (920) 560 4757

-and-

By: */s/ Michael L. Scheier*
Michael L. Scheier
Brian P. Muething
Jacob D. Rhode
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite No. 1400
Cincinnati, Ohio 45202
Email: mscheier@kmklaw.com
    bmuething@kmklaw.com
    jrhode@kmklaw.com
Tel: (513) 579-6400
Fax: (513) 579-6457

*Counsel for Argent Trust Company*

## CERTIFICATE OF SERVICE

   I certify that on April 14, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                 */s/ Michael L. Scheier*