UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

APPVION INC. RETIREMENT SAVINGS AND
EMPLOYEE STOCK OWNERSHIP PLAN,
by and through Grant Lyon in his capacity as the
ESOP Administrative Committee of Appvion Inc.,

          Plaintiff,

       v.                                          Case No. 18-C-1861

DOUGLAS P. BUTH, et al.,

          Defendants.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

---

On March 17, 2022, Magistrate Judge Stephen C. Dries recommended that I grant the motions to dismiss filed by the former Appvion Inc. Director and Officer Defendants; State Street Bank and Trust Company; Reliance Trust Company; Houlihan Lokey Capital Inc. and Houlihan Lokey Financial Advisors Inc.; and Stout Risius Ross Inc., Stout Risius Ross LLC, Aziz El-Tahch, and Scott Levine. Magistrate Judge Dries also recommended that I partially grant Argent Trust Company's motion to dismiss. Plaintiff and Argent filed timely objections to the recommendation pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b)(2). Therefore, this Court must conduct a de novo review. Having reviewed the recommendation, the objections, responses to the objections, and replies in support of the objections, I overrule the objections and adopt the Report and Recommendation with the exception of footnote 6 on page 16.

**IT IS THEREFORE ORDERED** that Magistrate Judge Dries' report and recommendation (Dkt. No. 235) is **ADOPTED** as qualified.

**IT IS FURTHER ORDERED** that, for the reasons stated in the recommendation, the former Appvion Inc. Director and Officer Defendants' motion to dismiss (Dkt. No. 192); State Street Bank and Trust Company's motion to dismiss (Dkt. No. 194); Reliance Trust Company's motion to dismiss (Dkt. No. 195); Houlihan Lokey Capital Inc. and Houlihan Lokey Financial Advisors Inc.'s motion to dismiss (Dkt. No. 200); and Stout Risius Ross Inc., Stout Risius Ross LLC, Aziz El-Tahch, and Scott Levine's motion to dismiss (Dkt. No. 202) are **GRANTED**. These defendants are dismissed from this action.

**IT IS FURTHER ORDERED** that Argent Trust Company's motion to dismiss (Dkt. No. 198) is **GRANTED-IN-PART** and **DENIED-IN-PART**. All that remains are Counts 2 and 24 against Argent. The Clerk is directed to set the matter for a Rule 16 telephonic scheduling conference.

Dated at Green Bay, Wisconsin this 6th day of September, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge