# United States District Court
EASTERN DISTRICT OF WISCONSIN

APPVION INC. RETIREMENT SAVINGS
AND EMPLOYEE STOCK OWNERSHIP PLAN,
by and through Grant Lyon in his capacity as the
ESOP Administrative Committee of Appvion Inc.,

          Plaintiff,

          v.

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-1861

DOUGLAS P. BUTH, et al.,

          Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's claims against Defendants Douglas P. Buth, Paul J. Karch, Mark Richards, Tom Ferree, Rick Fantini, Dale E. Parker, Angela Tyczkowski, Kerry Arent, Kent Willetts, Susan Scherbel, Ronald Pace, Stephen Carter, Kathi Seifert, Andrew Reardon, Terry Murphy, Mark Suwyn, Kevin Gilligan, Houlihan Lokey Capital Inc., Houlihan Lokey Financial Advisors Inc., State Street Bank & Trust Company, Reliance Trust Company, Scott D. Levine, Aziz El-Tahch, Stout Risius Ross LLC, and Stout Risius Ross Inc. are DISMISED with prejudice.

                                Approved: s/ William C. Griesbach
                                                  WILLIAM C. GRIESBACH
                                                  United States District Judge

Dated: December 16, 2022

                                                  GINA M. COLLETTI
                                                  Clerk of Court

                                                  s/ Kyle W. Frederickson
                                                  (By) Deputy Clerk