IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Appvion, Inc. Retirement Savings and Employee Stock Ownership Plan, by and through Grant Lyon in His Capacity as the ESOP Administrative Committee of Appvion Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Argent Trust Co., Reliance Trust Co., State Street Bank and Trust Co., Kerry Arent, Stephen Carter, Thomas Ferree, Kevin Gilligan, Terry Murphy, Andrew Reardon, Mark Richards, Kathi Seifert, Mark Suwyn, and Kent Willetts, <br><br> *Defendants*. | CASE NO. 1:18-CV-1861-WCG |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 7.1(e), attorney Michael T. Graham of Willkie, Farr & Gallagher LLP hereby withdraws as counsel for Defendants Kerry Arent, Stephen Carter, Thomas Ferree, Kevin Gilligan, Terry Murphy, Andrew Reardon, Mark Richards, Kathi Seifiert, Mark Suwyn, and Kent Willetts in the above referenced matter. Defendants will continue to be represented in this matter by Willkie Farr & Gallagher LLP, as indicated on the below signature block.

Dated: August 14, 2024

Respectfully submitted,

/s/ *Craig C. Martin*
Craig C. Martin
Amanda S. Amert
LaRue L. Robinson
Alexander J. Owings
Willkie Farr & Gallagher LLP
300 N. LaSalle Street
Chicago, IL 60654-3456

Telephone: (312) 728-9000
Facsimile: (312) 728-9199
cmartin@willkie.com
aamert@willkie.com
lrobinson@willkie.com
aowings@willkie.com