# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| APPVION, INC. RETIREMENT SAVINGS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-CV-01861-WCG |
| ARGENT TRUST COMPANY ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Argent Trust Company.

Date: 01/17/2025

/s/ Corey H. Bushle
*Attorney's signature*

Corey H. Bushle
*Printed name and bar number*
Keating Muething & Klekamp PLL
1 East Fourth Street, Suite 1400
Cincinnati, Ohio 45202

*Address*

cbushle@kmklaw.com
*E-mail address*

(513) 579-6942
*Telephone number*

(513) 579-6457
*FAX number*