**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc.,**

**Plaintiff,**

**v.** **Case No. 18-C-1861**

**MARK RICHARDS., et al,**

**Defendants.**

---

**ORDER ON STIPULATION FOR EXTENSION OF RESPONSE DEADLINE**

---

Based on the Stipulation of the parties and good cause appearing;

**IT IS ORDERED** that the Court approves the parties' Stipulation and **GRANTS** the requested extension. The deadline for Plaintiff to respond to Defendants' Joint Civil L. R. 7(h) Motion to Compel Production of Materials Considered by Dana Messina (Dkt. No. 354) is extended to Tuesday, September 15, 2026.

Dated at Green Bay, Wisconsin this 11th day of September, 2026.

William C. Griesbach
United States District Judge