**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**APPVION, INC. RETIREMENT SAVINGS AND EMPLOYEE STOCK OWNERSHIP PLAN, by and through Grant Lyon in his capacity as the ESOP Administrative Committee of Appvion, Inc.,**

**Plaintiff,**

**v.** **Case No. 18-C-1861**

**STATE STREET BANK & TRUST, et al.,**

**Defendant.**

---

**ORDER ON STIPULATED MOTION FOR EXTENSION OF DEADLINE**

---

Based on the November 6, 2026 Stipulation of the parties and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED**. The deadlines for Plaintiff's response to Argent's Motion to Exclude the Damages Opinions and Testimony of Dana Messina (Dkt. No. 380) and the parties' responses to the pending motions for summary judgment (Dkt. Nos. 363, 370, 375, 382, 385 & 388) are extended to December 22, 2026, with the deadlines for all replies extended to January 26, 2027.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference date of January 11, 2027 and the trial date of February 8, 2027 are **VACATED**.

Dated at Green Bay, Wisconsin this 9th day of November, 2026.

William C. Griesbach
United States District Judge